SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

   Defense Language Institute – Criminal Law
   1336 Plummer Street, Building 275
   Monterey, CA 93944
   Telephone: (831) 242-4537

Attorneys for Plaintiff

E-FILING

FILED
2007 NOV 30  A 11: 55
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR 07 00758 RS |
| Plaintiff, | |
| vs. | VIOLATIONS: 18 U.S.C. §13, assimilating California Vehicle Code §23152(a) - Driving under the Influence of alcohol; 18 U.S.C. §13, assimilating California Vehicle Code §23222(a)- Driving with an Open Container; 18 U.S.C. §13, assimilating California Vehicle Code §23612(a)(1)(D)- Refusal to Submit to Chemical Blood, Breath, or Urine Test; 18 U.S.C. §13, assimilating California Vehicle Code California Vehicle Code §23600(b)(3)- Violation of Conditions of Probation |
| CHRISTOPHER W. DUTRA, | |
| Defendant. | |

## I N F O R M A T I O N

The United States Attorney charges:

<u>COUNT ONE</u>: (18 U.S.C. §13, assimilating California Vehicle Code §23152(a) - Driving Under the Influence of Alcohol)

On or about June 2, 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

1

CHRISTOPHER W. DUTRA,

did unlawfully drive a motor vehicle while under the influence of an alcoholic beverage and drug, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23152(a), a Class A misdemeanor.

COUNT TWO: (18 U.S.C. §13, assimilating California Vehicle Code §23222(a)- Driving with an Open Container)

On or about June 2, 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

CHRISTOPHER W. DUTRA,

did unlawfully possess, while driving a motor vehicle, a bottle, can and other receptacle, containing an alcoholic beverage which had been opened and the seal broken, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23222(a), an infraction.

COUNT THREE: (18 U.S.C. §13, assimilating California Vehicle Code §23612(a)(1)(D)- Refusal to Submit to a Chemical Blood, Breath, or Urine Test)

On or about June 2, 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

CHRISTOPHER W. DUTRA,

did unlawfully refuse to submit to an officer's request to complete a chemical blood, breath, or urine test, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23612(a)(1)(D), an infraction.

<u>COUNT FOUR:</u> (18 U.S.C. §13, assimilating California Vehicle Code §23600(b)(3)- Violation of Condition of Probation)

On or about June 2, 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

CHRISTOPHER W. DUTRA,

did, while on probation unlawfully drive a motor vehicle under the influence of an alcoholic beverage and refused to take a chemical blood, breath, or urine test, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23600(b)(3), an infraction.

DATED: 11/28/07

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: _____)
SAUSA Nelson

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

**OFFENSE CHARGED** (See attached Sheet)

FILED 2007 NOV 30 A 11: 55
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

e-FILING

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation (See attached sheet)

Name of District Court, and/or Judge/Magistrate Judge Location (City): Northern District of California

CR 07 00758 RS

**DEFENDANT** — U.S. vs. Christopher W. Dutra

Address: 4370 Davis Canton Road (PO Box 220) Lockwood, CA 93932

Birth Date: 12/25/1953  ☑ Male  ☐ Female  ☐ Alien (if applicable)
(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): [blank]

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Scott N. Schools
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District): Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST: 
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY: Mo. Day Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS: Summons for Arraignment

To appear before Judge Seeborg on 4 February 2008 at 9:30 a.m., United States District Court, 1000 South Main Street, #214, Salinas, CA 93901.

# ATTACHMENT TO PENALTY SHEET
## U.S. v. DUTRA

**COUNT ONE:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23152 – Driving under the influence of alcohol or drugs

    Penalties:    Mandatory Minimum:
- 90 days
- $390.00 fine
- Drivers license suspended for two years and subject to paragraph (3) of subdivision (a) of Section 13352 CVC;
- 3 years pursuant to CVC 13353

Maximum Penalties:
- 1 year
- $1000.00 fine
- Drivers license suspended for two years and subject to paragraph (3) of subdivision (a) of Section 13352 CVC;
- 3 years pursuant to CVC 13353

**COUNT TWO:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23222 – Possession of an open container while driving

    Penalties:    Mandatory Minimum
- $100.00

**COUNT THREE:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23612 – Refusal to submit to a chemical blood, breath or urine test

    Penalties:    Mandatory Minimum
- Driver's License suspended for two years

**COUNT FOUR:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23600 – Violating conditions of probation

    Penalties:    Mandatory Minimum
- Revoke the suspension of sentence
- Revoke or terminate probation
- Proceed in accordance with subdivision (c) of Section 1203.2 of Penal Code