AO 86 (Rev. 5/85) Consent to Proceed -- Petty Offense

# United States District Court

Northern ———————————— DISTRICT OF California

FILED

FEB - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA
V.

Christopher W. Dutra

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A PETTY OFFENSE CASE

CASE NUMBER: CR 07-00758 RS

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel.

The magistrate has informed me of my right to trial, judgment, and sentencing before a United States district judge or United States magistrate.

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate; and

Waive (give up) my right to have at least thirty days to prepare for trial.*

X _____
Defendant

_____
Defendant's Attorney (if any)

Date __2-5-08__

Before _____
UNITED STATES MAGISTRATE

*The defendant need not waive this right in order to be tried by the magistrate. Accordingly, strike this sentence if the defendant wishes to have at least thirty days to prepare for trial.