JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No.: CR-07-00758-RS |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| vs. | ) |
| CHRISTOPHER W. DUTRA, | ) |
| Defendant. | ) |

    On February 4, 2008, the parties in this case appeared before the Court for arraignment. The parties jointly requested that the case be continued from February 4, 2008, until April 7, 2008 at 9:30 a.m. in order to allow time for exchange of discovery. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from February 4, 2008 to April 7, 2008 at 9:30 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                     JOSEPH P. RUSSONIELLO
                                   United States Attorney


DATED:                             _____/s/_____
                                   AMY J. NELSON
                                   Special Assistant United States Attorney


DATED:                             _____/s/_____
                                   JAMES H. DOZIER, JR.
                                   Counsel for DUTRA


ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from February 4, 2008 to April 7, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____               _____
                                   RICHARD SEEBORG
                                   United States Magistrate Judge