1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

5

6 | Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944

7 | Telephone: (831) 242-4537
FAX: (831) 242-5198

8

9 | Attorneys for Plaintiff

FILED
APR 16 2008
CLERK...
NORTHERN...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No.: CR-07-00758-RS |
|---|---|
| Plaintiff, | ) SECOND STIPULATION AND |
| vs. | ) [PROPOSED] ORDER EXCLUDING TIME |
| CHRISTOPHER W. DUTRA, | ) |
| Defendant. | ) |

On April 7, 2008, the parties in this case appeared before the Court for a status hearing. The parties jointly requested that the case be continued from April 7, 2008, until May 5, 2008 at 9:30 a.m., in order to allow time for defendant's new counsel to review the case information. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from April 7, 2008 to May 5, 2008 at 9:30 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

1

SECOND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-07-00758-RS

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | | |
| 4 | DATED: 10 April 2008 | _/s/_<br>ROBERT N. MICHAELS<br>Special Assistant United States Attorney |
| 5 | | |
| 6 | | |
| 7 | DATED: 10 April 2008 | _/s/_<br>MANUAL ARAUJO<br>Counsel for DUTRA |

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 7, 2008 to May 5, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 4-16-08

_/s/_
RICHARD SEEBORG
United States Magistrate Judge

2
SECOND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-07-00758-RS