1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
        Defense Language Institute – Criminal Law
6       1336 Plummer Street, Building 275
        Monterey, CA  93944
7       Telephone: (831) 242-4537
        FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SALINAS DIVISION

13 UNITED STATES OF AMERICA,        )   Criminal No.: CR-07-00758-RS
                                    )
14         Plaintiff,                )   THIRD STIPULATION AND [PROPOSED]
                                    )   ORDER EXCLUDING TIME
15     vs.                           )
                                    )
16 CHRISTOPHER W. DUTRA,            )
                                    )
17         Defendant.                )
                                    )
18

19     On May 5, 2008, the parties in this case appeared before the Court for a status hearing. The

20 parties jointly requested that the case be continued from May 5, 2008, until June 5, 2008 at 9:30

21 a.m. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from

22 May 5, 2008 to June 5, 2008 at 9:30 a.m. The parties agree and stipulate that an exclusion of

23 time is appropriate based on the defendant's need for effective preparation of counsel.

24

25

26

1
THIRD STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-07-00758-RS

SO STIPULATED:					JOSEPH P. RUSSONIELLO
							United States Attorney


DATED: 6 May 2008				       /S/
							ROBERT N. MICHAELS
							Special Assistant United States Attorney


DATED: 6 May 2008				       /S/
							MANUEL ARAUJO
							Counsel for DUTRA


## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from May 5, 2008 to June 5, 2008.  The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____			_____
							RICHARD SEEBORG
							United States Magistrate Judge