1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    CYNTHIA C. LIE
3   Assistant Federal Public Defenders
    160 West Santa Clara Street, Suite 575
4   San Jose, CA 95113
    Telephone: (408) 291-7753
5
    Counsel for Defendant DUTRA
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )    No. CR-07-00758-RS
11                                      )
                       Plaintiff,       )    NOTICE OF SUBSTITUTION OF
12                                      )    COUNSEL
    vs.                                 )
13                                      )
    CHRISTOPHER DUTRA,                  )
14                                      )
                       Defendant.       )
15  _____ )

16
           The Federal Public Defender, Barry J. Portman, has been appointed as counsel for
17
    Christopher Dutra.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public
18
    Defenders Lara S. Vinnard and Cynthia C. Lie enter their Notice of Substitution of Counsel for
19
    Mr. Dutra.  Mss. Vinnard and Lie will be replacing Assistant Federal Public Defender Manuel
20
    Araujo as counsel of record.  New counsels' contact information is listed above.
21
    Dated: May 6, 2008
22
                                       Respectfully submitted,
23
                                       BARRY J. PORTMAN
24                                     Federal Public Defender

25                                     /s/
                                       LARA S. VINNARD
26                                     Assistant Federal Public Defender

NOTICE OF SUBSTITUTION OF COUNSEL        1