1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
6      Defense Language Institute – Criminal Law
       1336 Plummer Street, Building 275
7      Monterey, CA 93944
       Telephone: (831) 242-4537
8      FAX: (831) 242-5198

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            SALINAS DIVISION

13  UNITED STATES OF AMERICA,          ) Criminal No.: CR-07-00758-RS
                                        )
14          Plaintiff,                  ) THIRD STIPULATION AND [PROPOSED]
                                        ) ORDER EXCLUDING TIME
15       vs.                            )
                                        )
16  CHRISTOPHER W. DUTRA,               )
                                        )
17          Defendant.                  )
                                        )
18

19      On May 5, 2008, the parties in this case appeared before the Court for a status hearing. The
20  parties jointly requested that the case be continued from May 5, 2008, until June 5, 2008 at 9:30
21  a.m. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from
22  May 5, 2008 to June 5, 2008 at 9:30 a.m. The parties agree and stipulate that an exclusion of
23  time is appropriate based on the defendant's need for effective preparation of counsel.

24
25
26

                                              1
THIRD STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-07-00758-RS

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 6 May 2008

ROBERT N. MICHAELS
Special Assistant United States Attorney

DATED: 6 May 2008

MANUEL ARAUJO
Counsel for DUTRA

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from May 5, 2008 to June 5, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 5-9-08

RICHARD SEEBORG
United States Magistrate Judge

2
THIRD STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-07-00758-RS