1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
      Defense Language Institute – Criminal Law
6       1336 Plummer Street, Building 275
      Monterey, CA  93944
7       Telephone: (831) 242-4537
      FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SALINAS DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) Criminal No.: CR-07-00758-RS |
| 14 | Plaintiff, | ) FOURTH STIPULATION AND |
| 15 | vs. | ) [PROPOSED] ORDER EXCLUDING TIME |
| 16 | CHRISTOPHER W. DUTRA, | ) |
| 17 | Defendant. | ) |

On June 5, 2008, the parties in this case appeared before the Court for a status hearing.  The parties jointly requested that the case be continued from June 5, 2008, until July 8, 2008 at 11:00 a.m.  In addition, the parties requested an exclusion of time under the Speedy Trial Act, from June 5, 2008 to July 8, 2008 at 11:00 a.m.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:  JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 5 June 2008          /S/
ROBERT N. MICHAELS
Special Assistant United States Attorney

DATED:          /S/
LARA VINNARD
Counsel for DUTRA

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from June 5, 2008 to July 8, 2008 at 11:00 am. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:_____          _____
RICHARD SEEBORG
United States Magistrate Judge

FOURTH STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-07-00758-RS