1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
    Chief, Criminal Division
4  ROBERT N. MICHAELS (PABN 200918)
    Special Assistant United States Attorney
5
6       Defense Language Institute – Criminal Law
        1336 Plummer Street, Building 275
        Monterey, CA 93944
7       Telephone: (831) 242-4537
        FAX: (831) 242-5198
8
9  Attorneys for Plaintiff

FILED
JUN 20 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                   SALINAS DIVISION

13  UNITED STATES OF AMERICA,        )  Criminal No.: CR-07-00758-RS
14              Plaintiff,            )
                                      )  FOURTH STIPULATION AND
15       vs.                          )  [PROPOSED] ORDER EXCLUDING TIME
                                      )
16  CHRISTOPHER W. DUTRA,             )
                                      )
17              Defendant.            )
18

19       On June 5, 2008, the parties in this case appeared before the Court for a status hearing. The
20  parties jointly requested that the case be continued from June 5, 2008, until July 8, 2008 at 11:00
21  a.m. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from
22  June 5, 2008 to July 8, 2008 at 11:00 a.m. The parties agree and stipulate that an exclusion of
23  time is appropriate based on the defendant's need for effective preparation of counsel.
24
25
26

1
FOURTH STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-07-00758-RS

1 SO STIPULATED: JOSEPH P. RUSSONIELLO
United States Attorney

3 DATED: 5 June 2008

ROBERT N. MICHAELS
Special Assistant United States Attorney

DATED: 6/19/08

NICK HUMY
Counsel for GREGORY JOSEPH GARCIA

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from June 2, 2008 to August 4, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 6/20/08

RICHARD SEEBORG
United States Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-08-00127-PVT