JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR-07-00758-RS |
| ) | |
| Plaintiff, ) | FIFTH STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME |
| vs. ) | |
| ) | |
| CHRISTOPHER W. DUTRA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    On July 8, 2008, the parties in this case appeared before the Court for a status hearing. The parties jointly request that the case be continued from July 8, 2008, until August 12, 2008 at 11:00 a.m. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from July 8, 2008 to August 12, 2008 at 11:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the parties' need for time to prepare a plea agreement.

SO STIPULATED:                     JOSEPH P. RUSSONIELLO
                                   United States Attorney


DATED: 17 July 2008                      /S/
                                   ROBERT N. MICHAELS
                                   Special Assistant United States Attorney


DATED:                                   /S/
                                   LARA VINNARD
                                   Counsel for DUTRA


ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 8, 2008 to August 12, 2008 at 11:00 am. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation of a plea agreement. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____                _____
                                   RICHARD SEEBORG
                                   United States Magistrate Judge