1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
   ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA  93944
7      Telephone: (831) 242-4537

8  Attorneys for Plaintiff

9

                    E-FILING

                    FILED
                    2008 AUG 12 A 11: 01
                    RICHARD W. WIEKING
                    CLERK
                    U.S. DISTRICT COURT
                    NO. DIST. OF CA. S.J.

               UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                    SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.:  CR 07 00758 RS |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. §13, assimilating California Vehicle Code §23103(a) – Reckless Driving. |
| vs. ) | |
| CHRISTOPHER W. DUTRA, ) | |
| Defendant. ) | |

                S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §13, assimilating California Vehicle Code §23103(a) – Reckless Driving)

    On or about June 2, 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

                    CHRISTOPHER W. DUTRA,

SUPERSEDING INFORMATION
CASE NO: CR 07 00758 RS

1  did unlawfully drive a vehicle upon a highway in willful and wanton disregard for the safety of
2  persons and property, in violation of Title 18, United States Code, Section 13, assimilating
3  California Vehicle Code Section 23103(a), a Class C misdemeanor.

DATED:

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                   */s/*
                                   ROBERT N. MICHAELS for
                                   DAVID R. CALLAWAY
                                   Assistant United States Attorney

2

SUPERSEDING INFORMATION
CASE NO: CR 07 00758 RS