PROB 13C
(10/76)



CR-07-00758-RS   FILED
AUG 1 2 2008

# UNITED STATES DISTRICT COURT

NORTHERN    DISTRICT    CALIFORNIA

### Defendant's Waiver of Preparation of Presentence Investigation and Report

I, __Christopher Dutra__, hereby waive
(Name of Defendant)
my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

8/12/08                              _[signature]_
(Date)                               (Signature of Defendant)

8/12/08                              _Lara [signature]_
(Date)                               (Defendant's Attorney)