1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant DUTRA

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00758 RS |
| ) | |
| Plaintiff, ) | STIPULATION RE: |
| ) | SUSPENSION/REVOCATION OF |
| v. ) | DEFENDANT'S DRIVER LICENSE; |
| ) | [~~PROPOSED~~] ORDER |
| CHRISTOPHER DUTRA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Hon. Richard Seeborg |

   Defendant, Christopher Dutra, and the government, through their respective counsel,

hereby stipulate that Mr. Dutra's privilege to drive a motor vehicle is presently

suspended/revoked pursuant to California Vehicle Code section 13353.1. Pursuant to the parties'

plea agreement in this matter, Mr. Dutra does not contest the present suspension/revocation of his

license. *[initials]*

   The parties further stipulate that the suspension/revocation of Mr. Dutra's license shall

continue until ~~July 27~~ June 2, 2009, and Mr. Dutra will not contest the suspension/revocation in any

other court or administrative proceeding prior to that date. After that date, the parties agree that

Mr. Dutra may seek reinstatement of his license through any appropriate means.

//

1  IT IS SO STIPULATED.

2  Dated: 8/12/08

                                         LARA S. VINNARD
3                                           Assistant Federal Public Defender

4  Dated: 8/12/08

                                         CHRISTOPHER DUTRA
5                                           Defendant

6  Dated: 8/12/08

                                         ROBERT N. MICHAELS
7                                           Special Assistant United States Attorney

STIPULATION RE: LICENSE SUSPENSION;
[PROPOSED] ORDER
No. CR 07-00758 RS                          2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00758 RS ~~RS~~ |
| Plaintiff, ) | [~~PROPOSED~~] ORDER RE: LICENSE SUSPENSION |
| v. ) | |
| CHRISTOPHER DUTRA, ) | Hon. Richard Seeborg |
| Defendant. ) | |

In conjunction with the parties' plea agreement in this matter, the parties have stipulated that Mr. Dutra's privilege to drive a motor vehicle is presently suspended/revoked pursuant to California Vehicle Code section 13353.1, and have further stipulated that Mr. Dutra will not seek reinstatement of his license until after ~~July 27~~ June 2, 2009. *for RM cwp*

GOOD CAUSE APPEARING, and based on the stipulation of the parties as well as the parties' plea agreement, the Court HEREBY ORDERS that defendant Christopher Dutra's California driver license shall remain suspended/revoked until ~~July 27~~ June 2, 2009.

*for RM cwp*

Dated: August 12, 2008

RICHARD SEEBORG
United States Magistrate Judge

STIPULATION RE: LICENSE SUSPENSION;
[PROPOSED] ORDER
No. CR 07-00758 RS                3