# United States District Court
## Northern District of California

**FILED**
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**CHRISTOPHER W. DUTRA** | **JUDGMENT IN A CRIMINAL CASE**<br><br>USDC Case Number: CR-07-00758-001 RS<br>BOP Case Number: DCAN507CR000758-001<br>USM Number:    Unknown<br>Defendant's Attorney: Lara Vinnard, AFPD |

## THE DEFENDANT:

[x]   pleaded guilty to count(s): <u>One of the Superseding Information</u>.
[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18USC§13, assimilating CVC 23103(a) | Reckless Driving of a Vehicle | 6/2/2007 | 1 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___.

[ ]   Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

8/12/2008
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Honorable Richard Seeborg, U. S. Magistrate Judge
Name & Title of Judicial Officer

8/14/08
Date

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 10 | $ 500 | $ |

[x]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   [x]  the interest requirement is waived for the   [x] fine   [ ] restitution.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  [x]  Lump sum payment of $10.00 (special assessment) due immediately.

B  [x]  Payment in equal monthly installments of no less than $150.00 to commence 30 days after the date of this judgment; or

C  [x]  Special instructions regarding the payment of criminal monetary penalties:
    Fine payments shall be made to the Clerk of the United States District Court, Attention: Financial Unit, 450 Golden Gate Ave, Box 36060, San Francisco, CA 94102.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.